# United States District Court

## MIDDLE DISTRICT OF FLORIDA

**HENRY LEE ADAMS, JR.**
**UNITED STATES DISTRICT JUDGE**

**U.S. COURTHOUSE**
**300 NORTH HOGAN STREET, SUITE 11-200**
**JACKSONVILLE, FLORIDA 32202-4245**
**(904) 549-1930**

August 7, 2007

The Honorable Ortrie D. Smith, Chair
Judicial Conference of the United States
Committee on Financial Disclosure
One Columbus Circle, N.E.
Washington, D.C. 20544

     Re: Calendar Year 2006 Filing

Dear Judge Smith:

In response to your letter of July 31, 2007, I am submitting an amended report, correcting Part VII, page 5, line 27, and adding an explanation at Part VIII for IVI Communications, Inc. (Part VII, page 12, line 147 of my 2005 filing). Thank you for your consideration.

Very truly yours,

Henry Lee Adams, Jr.
United States District Judge

HLAJr/mo
Enclosure (3 copies)

| AO 10<br>Rev. 1/2007 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2006 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)<br><br>Adams, Henry L | 2. Court or Organization<br><br>Middle District of Florida | 3. Date of Report<br><br>08/07/2007 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. District Judge (Active) | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,   Date<br>☐ Initial   ☒ Annual   ☐ Final<br><br>5b.   ☒   Amended Report | 6. Reporting Period<br><br>01/01/2006<br>to<br>12/31/2006 |
| 7. Chambers or Office Address<br><br>U.S. Courthouse<br>300 N. Hogan Street, Ste.11200<br>Jacksonville, Florida 32202 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☒   NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☒   NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED 2007 AUG 14 A 10: 53 FINANCIAL DISCLOSURE OFFICE

| Name of Person Reporting | Date of Report |
|---|---|
| Adams, Henry L | 08/07/2007 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2006 | State of Florida (Retirement) | $ 29,144.60 |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

### B. Spouse's Non-Investment Income – *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2006 | State of Florida (Retirement income) |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

☒ NONE *(No reportable reimbursements.)*

| SOURCE | DESCRIPTION |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Adams, Henry L | 08/07/2007 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-33 of instructions.)*

[ ] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | BankAmerica VISA | Credit Card | J |
| 2. | First Union MasterCard | Credit Card | J |
| 3. | Chase MasterCard | Credit Card | J |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Adams, Henry L | 08/07/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Security Life Ins. Co. n/k/a Nationwide | | None | L | T | None | | | | |
| 2. Aetna Life & Annuity Co. n/k/a ING | | None | L | T | None | | | | |
| 3. Aetna Life & Annuity Co. n/k/a ING | | None | M | T | None | | | | |
| 4. Gov't Employees Credit Union | A | Interest | K | T | None | | | | |
| 5. Kaufmann Mutual Fund n/k/a Federated Kaufmann Mutual Fund | B | Dividend | L | T | | | | | |
| 6. Parcel 1, Jax., FL ($12,125.00) | | None | J | S | None | | | | |
| 7. Parcel 2, Jax., FL ($1,980.00) | | None | J | S | None | | | | |
| 8. Parcel 3, Jax., FL ($2,810.00) | | None | J | S | None | | | | |
| 9. Dreyfus (Mutual fund) | A | Dividend | J | T | Partial Sale | 10/09 | J | A | |
| 10. Delhaize America, Inc. fka Food Lion, Inc. (ADR) | A | Dividend | J | T | None | | | | |
| 11. Anheuser-Busch Companies, Inc. (Common Stock) | A | Dividend | J | T | | | | | |
| 12. Microsoft, Inc. (Common stock) | A | Dividend | J | T | | | | | |
| 13. Time Warner fna AOL Time Warner (Common stock) | A | Dividend | J | T | None | | | | |
| 14. AT&T (Common stock) | A | Dividend | J | T | | | | | |
| 15. Johnson & Johnson (Common stock)(Custodial) | A | Dividend | J | T | | | | | |
| 16. Lucent, Inc. (Common stock) (merged Alcatel Lucent) | | None | J | T | Merged | 11/30 | J | A | |
| 17. Covad, Inc. (Common stock) | | None | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Adams, Henry L | 08/07/2007 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Pfizer, Inc. (Common stock) | A | Dividend | J | T | Partial Sale | 10/06 | J | A | |
| 19. Winn-Dixie (Common stock) | | None | | | Cancelled | 11/21 | | | |
| 20. Coco-Cola, Inc. (Common stock)(Custodial Account) | A | Dividend | J | T | | | | | |
| 21. Ford Motors (Common stock) | A | Dividend | J | T | Partial Sale | 10/12 | J | A | |
| 22. Tyson Foods (Common stock) | A | Dividend | J | T | | | | | |
| 23. Florida Rock Industries (Common Stock) | A | Dividend | | | Sell | 09/06 | J | A | |
| 24. Conoco Phillips (Custodial Account) | A | Dividend | J | T | | | | | |
| 25. Generex Biotech, Inc. | | None | J | T | Buy | 04/12 | J | | |
| 26. Bank of America | A | Dividend | J | T | Buy | 01/24 | J | | |
| 27. WR Advisors (Cash mgmt) | A | Interest | J | T | Buy | 04/01 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Adams, Henry L | 08/07/2007 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

1) Part VII, values and income of assets listed on page 8, lines 72 - 76 of previous report were inadvertently reported. They neither produced more than $200 in income or had a value greater than $1,000.

2) Value and income of asset listed in Part VII, page 12, line 147 of previous report has declined below reporting value.

| Name of Person Reporting | Date of Report |
|---|---|
| Adams, Henry L | 08/07/2007 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature                                                        Date  8-7-07

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

AO 10
Rev. 1/2007

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2006

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Adams, Henry L | 2. Court or Organization<br><br>Middle District of Florida | 3. Date of Report<br><br>05/10/2007 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. District Judge (Active) | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,  Date<br>☐ Initial  ☒ Annual  ☐ Final<br><br>5b.  ☐  Amended Report | 6. Reporting Period<br><br>01/01/2006<br>to<br>12/31/2006 |
| 7. Chambers or Office Address<br><br>U.S. Courthouse<br>300 N. Hogan Street, Ste.11200<br>Jacksonville, Florida 32202 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☒ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☒ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

COPY

RECEIVED 2007 MAY 16 A 11: 26 FINANCIAL DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2006 | State of Florida (Retirement) | $ 29,144.60 |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2006 | State of Florida (Retirement income) |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

☒ NONE *(No reportable reimbursements.)*

| SOURCE | DESCRIPTION |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Adams, Henry L | 05/10/2007 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-33 of instructions.)*

[ ] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | BankAmerica VISA | Credit Card | J |
| 2. | First Union MasterCard | Credit Card | J |
| 3. | Chase MasterCard | Credit Card | J |
| 4. | | | |
| 5. | | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1. Security Life Ins. Co. n/k/a Nationwide | | None | L | T | None | | | | |
| 2. Aetna Life & Annuity Co. n/k/a ING | | None | L | T | None | | | | |
| 3. Aetna Life & Annuity Co. n/k/a ING | | None | M | T | None | | | | |
| 4. Gov't Employees Credit Union | A | Interest | K | T | None | | | | |
| 5. Kaufmann Mutual Fund n/k/a Federated Kaufmann Mutual Fund | B | Dividend | L | T | | | | | |
| 6. Parcel 1, Jax., FL ($12,125.00) | | None | J | S | None | | | | |
| 7. Parcel 2, Jax., FL ($1,980.00) | | None | J | S | None | | | | |
| 8. Parcel 3, Jax., FL ($2,810.00) | | None | J | S | None | | | | |
| 9. Dreyfus (Mutual fund) | A | Dividend | J | T | Partial Sale | 10/09 | J | A | |
| 10. Delhaize America, Inc. fka Food Lion, Inc. (ADR) | A | Dividend | J | T | None | | | | |
| 11. Anheuser-Busch Companies, Inc. (Common Stock) | A | Dividend | J | T | | | | | |
| 12. Microsoft, Inc. (Common stock) | A | Dividend | J | T | | | | | |
| 13. Time Warner fna AOL Time Warner (Common stock) | A | Dividend | J | T | None | | | | |
| 14. AT&T (Common stock) | A | Dividend | J | T | | | | | |
| 15. Johnson & Johnson (Common stock)(Custodial) | A | Dividend | J | T | | | | | |
| 16. Lucent, Inc. (Common stock) (merged Alcatel Lucent) | | None | J | T | Merged | 11/30 | J | A | |
| 17. Covad, Inc. (Common stock) | | None | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Adams, Henry L | 05/10/2007 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Pfizer, Inc. (Common stock) | A | Dividend | J | T | Partial Sale | 10/06 | J | A | |
| 19. Winn-Dixie (Common stock) | | None | | | Cancelled | 11/21 | | | |
| 20. Coco-Cola, Inc. (Common stock)(Custodial Account) | A | Dividend | J | T | | | | | |
| 21. Ford Motors (Common stock) | A | Dividend | J | T | Partial Sale | 10/12 | J | A | |
| 22. Tyson Foods (Common stock) | A | Dividend | J | T | | | | | |
| 23. Florida Rock Industries (Common Stock) | A | Dividend | | | Sell | 09/06 | J | A | |
| 24. Conoco Phillips (Custodial Account) | A | Dividend | J | T | | | | | |
| 25. Generex Biotech, Inc. | | None | J | T | Buy | 04/12 | J | | |
| 26. Bank of America | A | Dividend | J | T | Buy | 01/24 | J | | |
| 27. WR Advisors (Cash mgmt) | A | Interest | | | Buy | 04/01 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50.000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | ● =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Adams, Henry L | 05/10/2007 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

1) Part VII, values and income of assets listed on page 8, lines 72 - 76 of previous report were inadvertently reported. They neither produced more than $200 in income or had a value greater than $1,000.

## IX. CERTIFICATION.

    I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

    I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.



Signat         Date  5-10-2007

NOTE       S TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL
AND C

---

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544